Wilson CAMDEN, Movant,

v.

STATE of Missouri, Respondent.

No. 64092.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 1, 1994.

Raymond L. Legg, Office of the State Public Defender, Columbia, for movant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

### ORDER

#### PER CURIAM.

Movant, Wilson Camden, appeals from the denial of his Rule 29.15 motion after an evidentiary hearing. The judgment of conviction sought to be vacated was for possession of a controlled substance for which movant was sentenced to imprisonment for eight years.

The judgment of the motion court is based on findings of fact that are not clearly erroneous; no error of law appears. An extended opinion would have no precedential value.

The judgment is affirmed. Rule 84.16(b).